## GOLDENSON *v.* LAWRENCE *et al.*

*(City Court of New York, General Term.  October 24, 1892.)*

No. 1.

APPEAL—ORDER TO AMEND—CONSENT OF PARTIES.

　An order to amend, which recites the consent of the parties to its terms, concludes the parties on appeal.

Appeal from special term.

Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

*Goodrich, Deady & Goodrich*, for appellants. *David Leventritt*, for respondent.

EHRLICH, C. J. The court below, on granting leave to amend, had the power to impose such terms as it deemed just, (Code, § 723;) and the terms imposed can hardly be called an abuse of discretion. Besides, the order recites that it was made with consent of the parties. This recital concludes the parties on appeal. *Smith* v. *Grant*, 11 Civil Proc. R. 354. Under the circumstances, the order appealed from must be affirmed, with costs. All concur.